In the Matter of the Claim of ARMAND E. CAMGROS and BARNET M. SACKS.

FIRM AMUSEMENT CORPORATION et al., Appellants.

FRIEDA S. MILLER, as Industrial Commissioner, et al., Respondents.

Argued April 6, 1943; decided May 27, 1943.

*Theodore Kiendl, William Klein, Milton R. Weinberger, Adolph Lund* and *Leopold Friedman* for Firm Amusement Corporation, appellant.

*Thomas Kiernan, Irving L. Rollins* and *Joseph Goldberg* for Joseph P. Day, Inc., appellant.

*Charles J. Campbell* and *Henrietta Isaacson* for New York Hotel Statler Company, Inc., and another, appellants.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, W. Gerard Ryan* and *Francis R. Curran* of counsel), for Frieda S. Miller, as Industrial Commissioner, respondent.

Upon the appeals by Joseph P. Day, Inc., New York Hotel Statler Company, Inc., and Hotels Statler Company, Inc.: Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., and CONWAY, J. Taking no part: FINCH, J.

Upon the appeal by Firm Amusement Corporation: Order of Appellate Division and decision of Unemployment Board reversed, and claim dismissed, with costs in all courts, upon the ground that there is no evidence to support the finding that the musicians were employees of the operator of the theatre.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.